IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNA MARIA PARRY,

    *Plaintiff,*

v.                                                                                          2:24-cv-01629

URBN US RETAIL LLC (F/K/A ANTHROPOLOGIE, INC.), URBAN OUTFITTERS, INC., and FOLASHADE AKANBI,

    *Defendants.*

## ORDER

AND NOW, this 17th day of November 2025, upon consideration of the parties' cross-motions for summary judgment, and the responses thereto, it is hereby ORDERED as follows:

1. Urban's Motion[1] (Dkt. 40) is DENIED in its entirety.

2. Parry's Motion (Dkt. 41) on the issue of continuing infringement is granted but the Motion is denied in all other respects.

There remains a question of fact with respect to substantial similarity between the Accused Design and the Original Design, and with respect to the issue of innocent infringement.

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] As a reminder, our local rules provide that every motion and every response in opposition to a motion include which, if approved by the Court, would dictate the relief sought by the motion/response. *See* E.D. Pa. L. R. Civ. P. 7.1(a). Both parties would do well to familiarize themselves with the District's local rules and this Court's protocols.